The determination of the Division of Public Welfare is reversed.

68TH STREET APTS., INC., A NEW JERSEY CORPORATION, *ET AL.*, PLAINTIFF-RESPONDENT, v. CASIMIRO LAURICELLA, D/B/A CASS ELECTRIC CO., DEFENDANT-APPELLANT.

CASIMIRO LAURICELLA, D/B/A CASS ELECTRIC CO., PLAINTIFF-APPELLANT, v. INTROCASO CONSTRUCTION CO., INC. AND RALPH L. INTROCASO, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued April 26, 1977—Decided May 13, 1977.

Before Judges LYNCH, MILMED and ANTELL.

*Mr. Antranig Aslanian, Jr.* argued the cause for appellant (*Messrs. Gigante & Aslanian,* attorneys).

*Mr. Howard M. Nashel* argued the cause for respondents (*Messrs. Platoff, Heftler, Harker & Nashel,* attorneys).

PER CURIAM. The portions of the order for judgment under review are affirmed substantially for the reasons expressed by Judge Gaulkin in his opinion reported at 142 *N. J. Super.* 546 (Law Div. 1976).